# New South B. & L. Association v. Chaffin.

APPEAL from Pike Chancery Court.
Heard before the Hon. WM. L. PARKS.

A. C. WORTHY, for appellant.

M. N. CARLISLE, for appellee.

The bill in this case was filed by the appellee, S. A. Chaffin, against the New South Building & Loan Association, and sought to have a note and mortgage executed by the complainant to the defendant set aside and annulled on the ground of usury.

On February 8, 1899, a decree *pro confesso* was rendered against the defendant for want of an answer, and on the same day, the cause was submitted and heard and a final decree rendered. It is from this decree that the present appeal is prosecuted. On this appeal it is held that the rendition of a decree on the same day as a decree *pro confesso* is forbidden by the statute, and therefore the decree of the court must be reversed and the cause remanded.

Reversed and remanded.

Opinion by HARALSON, J.